IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case №:2:26-cr-00046-TLN |
| Plaintiff, | **O R D E R** |
| vs. | **WITHDRAWING THE FEDERAL DEFENDER** |
| JOSHUA CRANWELL, | **AND APPOINTING CJA COUNSEL** |
| Defendant. | |

Upon the Federal Defender's Motion and good cause appearing, IT IS HEREBY ORDERED granting the Federal Defender's *Motion to Withdraw* and appointing Megan Hopkins as CJA counsel effective April 6, 2026.

DATED: April 10, 2026

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

*US v. Cranwell*                              1                    Order Withdrawing the Federal
Defender and Appointing CJA Counsel