UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**

June 1, 2026

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff,

  v.

JOSHUA CRANWELL,

       Defendant.

Case No.  2:26-cr-00046-TLN

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSHUA CRANWELL, Case No.

2:26-cr-00046-TLN   , Charge 18 U.S.C. § 922(g)(1), from custody for the following

reasons:

        Release on Personal Recognizance

        Bail Posted in the Sum of $

        Unsecured Appearance Bond $

        Appearance Bond with 10% Deposit

        Appearance Bond with Surety

        Corporate Surety Bail Bond

  x    (Other):  Release delayed until 6/2/2026 at 1:00 PM with terms and conditions as provided in the separately docketed Order. Defendant must directly report to the Pretrial Services Office on 501 I Street, 2nd Floor, Suite 2-400, Sacramento, CA 95814 following release.

Issued at Sacramento, California on June 1, 2026, at 2:00 PM

By: _____

Magistrate Judge Sean C. Riordan