MEGAN T. HOPKINS, #294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Phone (916) 220-5520
Law.Office.MTH@gmail.com


Attorney for Defendant
JOSHUA CRANWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:26-CR-00046-TLN |
| Plaintiff, | ) |
| | ) STIPULATION TO CONTINUE MOTION |
| vs. | ) HEARING AND MODIFY MOTION |
| | ) SCHEDULE; ORDER |
| JOSHUA CRANWELL, | ) |
| | ) Date: July 30, 2026 |
| Defendant. | ) Time: 9:30 a.m. |
| | ) Judge: Honorable Troy L. Nunley |
| | ) |

It is HEREBY STIPULATED by and between the parties hereto through their respective counsel, U.S. Attorney Eric Grant, through Assistant United States Attorney Jason Hitt, attorney for Plaintiff, and Megan T. Hopkins, attorney for defendant Joshua Cranwell, that the previously-scheduled motion hearing date of July 2, 2026, be continued to **July 30, 2026**, at 9:30 a.m. or such time thereafter as the Court is available.

The parties further stipulate to the following modified briefing schedule:

**Motions due to be filed on or before July 16, 2026**

**Oppositions due to be filed on or before July 23, 2026**

**Replies, if any, due to be filed on or before July 27, 2026**

The requested continuance will provide defense counsel with the additional time needed to obtain records related to Mr. Cranwell's prior conviction, and to conduct additional legal research in preparation for the drafting of defense pretrial motions. Mr. Cranwell's Calaveras County state court records are necessary to determine if his prior conviction was reduced to a

misdemeanor prior to the alleged possession of a firearm in the instant case and whether he is a prohibited person for the purposes of 18 U.S.C. 922(g). Defense counsel needs additional time to obtain all relevant records.

The parties agree that good cause exists for the extension of time caused by the requested continuance, and that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between July 2, 2026, and July 30, 2026, be excluded pursuant to 18 U.S.C. §3161(h)(7)(B)(iv), Local Code T-4.

Respectfully submitted,

Dated:  June 18, 2026

/s/ Megan T. Hopkins
MEGAN T. HOPKINS
Attorney for Defendant
JOSHUA CRANWELL

Dated: June 18, 2026

ERIC GRANT
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation as its Order.  The motion hearing previously set for July 2, 2026, is hereby continued to July 30, 2026, at 9:30 a.m. Good cause appearing, time is hereby excluded through July 30, 2026 pursuant to Local Code T4.

Dated: June 22, 2026

_____
Troy L. Nunley
Chief United States District Judge

Stipulation and Order to Continue Motion Hearing
and Modify Briefing Schedule

*United States v. Joshua Cranwell*

2